UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
**Eddie Darrell Carter**  ) NOTICE TO CREDITORS
**Donna Kay Yates Carter**  ) AND
 ) PROPOSED PLAN
SS# **xxx-xx-4516**  )
SS# **xxx-xx-1316**  ) Case No. **11-50780**
Debtor(s)  )

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **May 20, 2011**.

**THE FILING AUTOMATICALLY STAYS COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR(S), DEBTOR(S)' PROPERTY AND CERTAIN CO-DEBTORS. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY STAY, YOU MAY BE PENALIZED.**

**OFFICIAL NOTICE WILL BE SENT TO CREDITORS GIVING THE NAME AND ADDRESS OF THE TRUSTEE, THE DATE AND TIME OF THE MEETING OF CREDITORS, AND THE DEADLINE FOR OBJECTING TO THE PLAN.**

**A CREDITOR MUST TIMELY FILE A PROOF OF CLAIM WITH THE TRUSTEE IN ORDER TO RECEIVE DISTRIBUTIONS UNDER THE PLAN.**

The Debtor(s) propose an initial plan, which is subject to modification, as follows:

1.   Payments to the Trustee: The Debtor(s) propose to pay from future earnings his/her/their disposable income to the Trustee for a period of **60** consecutive months by means of monthly payments of **$600.00**, for distribution to creditors after payment of costs of administration.

2.   Payments made directly to creditors: The Debtor(s) propose to make regular monthly payments directly to the following creditors:

| | Creditor | Collateral and Valuation |
|---|---|---|
| (A) | **BB&T** | **Location: 3413 Forbush Rd, Yadkinville NC Market Value= $126,000.00** |

3.   Disbursements by the Trustee: The Debtor proposes that the Trustee make the following distributions to creditors after payment of costs of administration as follows:

(A)   The following priority claims shall be paid in full by means of deferred payment:
**-NONE-**

(B)   The following secured creditors shall receive their regular monthly payment:

| Creditor | Collateral and Value | Monthly Payment |
|---|---|---|
| | | |

(C)   The following creditors have partially secured and partially unsecured claims and shall have their regular payment modified under the proposed plan:

| Creditor | Collateral and Value | Monthly Payment As Modified |
|---|---|---|
| **HSBC Retail Services** | **2011 Kawasaki Mule KAF400ABF** Market Value= $7,000.00 | **$7415.00 @ 9.2% prorata** AP = $70.00 |
| **Truliant Fed. Credit Un. - 1st lien** | **2002 Ford Escape XLT [137,500+ miles]** Market Value= $6,840.00 | **$4770.00 @ 5.25% prorata** |
| **Truliant Fed. Credit Un. - cross-collateralized** | **2002 Ford Escape XLT** | **$440.00 @ 5.25% prorata** |
| **Truliant Fed. Credit Un. - cross-collateralized** | **2002 Ford Escape XLT** | **$1630.00 @ 5.25% prorata** |

(D)   The following co-signed claims shall be paid in full by monthly payments:
**-NONE-**

| | (E) | The following secured creditors shall be paid on their arrearage claims by means of monthly payments: |
|---|---|---|

| Creditor | Collateral | Monthly Arrearage Payment |
|---|---|---|
| -NONE- | | |

       (F)    After payment of allowed cost of administration, priority and secured claims, the balance of the funds paid to the Trustee shall be paid to allowed general unsecured claims. The exact amount available for unsecured creditors cannot be determined until all claims are filed and allowed, however, at this time it is anticipated that the return to unsecured creditors will be not less than __0__ % and is estimated to be __30__ %.

4.     Property to be surrendered: The following property will be returned to the secured creditor:

| Creditor | Collateral |
|---|---|
| -NONE- | |

   (name of creditor and description of property)

5.     The Debtor(s) has the following executory contracts and/or leases which will be assumed or rejected as herein indicated:

| Contract\Lease Party | Description of Contract or Lease | Assume or Reject? |
|---|---|---|
| -NONE- | | |

6.     Other proposed provisions are as follows:
     **a. Debtors shall make direct Plan payments.**
     **b. Debtors may sell horses and cattle from time to time as required to maintain the herd and to offset livestock expenses.**

Date:  05/20/2011

**/s/ Wendell "Wes" Schollander, III**
**Wendell "Wes" Schollander, III NC28062**
Attorney for the Debtor
Address:  **2000 W. First Street, Suite 308**
              **Winston-Salem, NC 27104**
Telephone:  **336-727-0900**
State Bar No.  **NC28062**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:
**Eddie Darrell Carter**
**Donna Kay Yates Carter**

SS# **xxx-xx-4516**
SS# **xxx-xx-1316**

Debtor(s)

NOTICE TO CREDITORS
AND
PROPOSED PLAN

Case No. _____

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Kathryn L. Bringle**
**Chapter 13 Trustee**
**Winston-Salem Division**
**Post Office Box 2115**
**Winston-Salem, NC 27102-2115**

**BB&T**
**PO Box 1847**
**Wilson, NC 27894**

**Citibank**
**Attn: Bankruptcy**
**PO Box 6500**
**Sioux Falls, SD 57117**

**Discover Financial Services**
**PO Box 3025**
**New Albany, OH 43054-3025**

**HSBC Card Services**
**P.O. Box 80084**
**Salinas, CA 93912**

**HSBC Retail Services**
**P.O. Box 15521**
**Wilmington, DE 19850**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**NC Dept. of Revenue**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27640**

**Truliant Federal Credit Union**
**P.O. Box 26000**
**Winston Salem, NC 27114**

**Victoria's Secret/WFNNB**
**Attn: Bankruptcy**
**P.O. Box 182128**
**Columbus, OH 43218**

**Yadkin County Tax Collector**
**P.O. Box 1669**
**Yadkinville, NC 27055**

Date: 05/20/2011

**/s/ Wendell "Wes" Schollander, III**
Wendell "Wes" Schollander, III NC28062