# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| EDDIE DARRELL CARTER | ) | |
| DONNA KAY YATES CARTER | ) | No: B-11-50780 C-13W |
| | ) | |
| Debtors | ) | |

Kathryn L. Bringle, Trustee, respectfully moves the Court for allowance of the following claim:

eCast Settlement Corporation, Assignee of Capital One, NA, ("eCast") filed a claim for $7,358.70 and provided evidence of a lien on a 2011 Kawasaki Mule. The confirmed Plan anticipated that the Creditor's claim would be classified as a fully secured claim to be paid in full. Although the proof of claim was filed after the deadline for filing a proof of claim expired, the Trustee is of the belief that the claim should be allowed.

The Trustee recommends that the claim of eCast for $7,358.70 be allowed as a secured claim with interest at the annual rate of 5.25%, to be paid through disbursements by the Trustee at the rate of $200.00 per month.

Date: September 30, 2014                                      s/ Kathryn L. Bringle
KLB: vrd                                                                  Trustee

----------------------------------------------------------------------------------------------------------

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by <u>October 30, 2014</u> with the United States Bankruptcy Court at the address of

*226 South Liberty Street*
*Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.

If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on <u>November 19, 2014</u> at 9:30 a.m. in the Courtroom at 226 South Liberty Street, Winston-Salem, North Carolina.

Date: September 30, 2014                                      OFFICE OF THE CLERK
                                                                                      U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
11-50780 C-13W

BASS & ASSOCIATES PC
ATTY FOR ECAST SETTLEMENT CORP
3936 E FT LOWELL SUITE 200
TUCSON, AZ 85712

EDDIE DARRELL CARTER
DONNA KAY YATES CARTER
3413 FORBUSH ROAD
EAST BEND, NC 27018

WENDELL "WES" SCHOLLANDER III
SCHOLLANDER LAW OFFICES
2000 W FIRST STREET SUITE 308
WINSTON SALEM, NC 27104

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC 27102-2115